*Certiorari Granted.* (*See also No. 206, ante, p. 459; and No. 231, supra.*)

No. 371. KREIGER *v.* KREIGER. Certiorari granted. *George S. Wing* and *Abraham J. Nydick* for petitioner.

No. 384. COMMISSIONER OF INTERNAL REVENUE *v.* SOUTH TEXAS LUMBER CO. Certiorari granted. *Solicitor General Perlman* for petitioner. *J. Arthur Platt* for respondent.

*Certiorari Denied.* (*See also Nos. 231 and 426, and No. 170, Misc., supra.*)

No. 283. LASAGNA *v.* McCARTHY ET AL., TRUSTEES. Certiorari denied. *Parnell Black* for petitioner. *P. T. Farnsworth, Jr., W. Q. Van Cott* and *Dennis McCarthy* for respondents.

No. 300. HOOD ET AL. *v.* TEXAS COMPANY. Certiorari denied. *W. F. Moore* and *Owen Benton Fisher* for petitioners. *Wm. A. Blakley* and *Hoyet A. Armstrong* for respondent.